JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILS PRODUCTS, LLC d/b/a/ INDUSTRIAL LIGHTING SYSTEMS, a Texas Limited Liability Company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BALBOA CAPITAL CORPORATION, a California Corporation,<br><br>Defendant. | Case No. 8:19-cv-00566-AG-KES<br><br>**ORDER RE: JOINT STIPULATION TO REMAND THIS ACTION TO STATE COURT**<br><br>District Judge: Andrew J. Guilford<br>Magistrate Judge: Karen E. Scott<br><br>Complaint Filed: February 11, 2019<br>Trial Date: Not Set |

# ORDER

Having considered the Joint Stipulation between Plaintiff ILS Products, LLC d/b/a Industrial Lighting Systems and Defendant Balboa Capital Corporation to remand this action to State Court and good cause shown, it is hereby ordered, that this action is hereby remanded to the Superior Court of the State of California for the County of Orange and that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to Federal Court and the remand.

**IT IS SO ORDERED**

Dated: April 16, 2019

_____
Hon. Andrew J. Guilford
United States District Court Judge